## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:13-cv-054

| | |
|---|---|
| **RUBY CAROLYN MILLER and SARA WORKMAN, both individually and as Co-Executors of the Estate of FRANK VERNON MILLER,** | )<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| vs. | )<br>) |
| **AGCO CORPORATION, et al.,** | )<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** is before the Court on Stephen R. Jackson's Application for Admission to Practice *Pro Hac Vice* of Kevin P. Greene. It appearing that Kevin P. Greene is a member in good standing with the Virginia State Bar and will be appearing with Stephen R. Jackson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Stephen R. Jackson's Application for Admission to Practice *Pro Hac Vice* (#125) of Kevin P. Greene is **GRANTED**,

and that Kevin P. Greene is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Stephen R. Jackson.

Signed: January 8, 2014

Dennis L. Howell
United States Magistrate Judge