IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-054

| | |
|---|---|
| **RUBY CAROLYN MILLER and SARA WORKMAN, both individually and as Co-Executors of the Estate of FRANK VERNON MILLER,** | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| **AGCO CORPORATION, et al.,** | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on Charles M. Sprinkle, III's Application for Admission to Practice *Pro Hac Vice* of W. David Conner. It appearing that W. David Conner is a member in good standing with the South Carolina State Bar and will be appearing with Charles M. Sprinkle, III, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Charles M. Sprinkle, III's Application for Admission to Practice *Pro Hac Vice* (#147) of W. David Conner is

**GRANTED**, and that W. David Conner is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Charles M. Sprinkle, III.

Signed: February 20, 2014

Dennis L. Howell
United States Magistrate Judge