# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13 CV 54

| | | |
|---|---|---|
| CAROLYN M. YOUNG and SARA WORKMAN, both Individually and as Co-Executrices of the Estate of FRANK VERNON MILLER, Deceased, | ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | **ORDER** |
| AGCO CORPORATION, et al., | ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the undersigned pursuant to an Application for Admission to Practice Pro Hac Vice (#153), which is governed under LCvR 83.1. In the application, Sarah M. Bowman states that she is a member in good standing of the bar of this Court and she is moving for the admission pro hac vice of Stephanie G. Flynn of Greenville, South Carolina. However, the application is not signed by Ms. Bowman but was signed by Ms. Flynn. For that reason, the application for admission will be denied without prejudice. Ms. Bowman will be allowed by the Court to file an amended application for admission which contains her signature and not that of Ms. Flynn.

# ORDER

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* (#153) is **DENIED** without prejudice.

Signed: April 22, 2014

Dennis L. Howell
United States Magistrate Judge