THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

RUBY CAROLYN MILLER AND SARA )
WORKMAN, both Individually and as )
co-Executrices of the Estate of )
FRANK VERNON MILLER, Deceased, )
                                                    )
                 Plaintiffs, )
                                                    )
vs. )                 **O R D E R**
                                                    )
AGCO CORPORATION, et al., )
                                                    )
                  Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Harley-Davidson, Inc. [Doc. 160].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 160] is **GRANTED**, and the Plaintiffs' claims against Defendant Harley-Davidson, Inc., incorrectly named as Harley-Davidson Motor Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**    Signed: September 5, 2014

Martin Reidinger
United States District Judge