THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

| | |
|---|---|
| CAROLYN MILLER YOUNG and ) <br> SARA WORKMAN, both Individually ) <br> and as Co-Executors of the Estate ) <br> of FRANK VERNON MILLER, ) <br> Deceased, ) <br> ) <br>               Plaintiffs, ) <br> ) <br>    vs. ) <br> ) <br> AGCO CORPORATION, et al., ) <br> ) <br>              Defendants. ) <br> _____ ) | O R D E R |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Genuine Parts Company [Doc. 169].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 169] is **GRANTED**, and the Plaintiffs' claims against Defendant Genuine Parts Company (incorrectly identified by Plaintiffs as "Genuine Parts Company d/b/a National Automotive Parts Association (a/k/a NAPA)"), are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: December 23, 2014

Martin Reidinger
United States District Judge