# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00054-MR-DLH

| | |
|---|---|
| CAROLYN MILLER YOUNG and SARA WORKMAN, both Individually and as Co-Executors of the Estate of FRANK VERNON MILLER, Deceased, </br></br>   Plaintiffs, </br></br> vs. </br></br> AGCO CORPORATION, et al., </br></br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Spirax Sarco, Inc. [Doc. 171].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 171] is **GRANTED**, and the Plaintiffs' claims against Defendant Spirax Sarco, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

_____
Martin Reidinger
United States District Judge