THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

| | |
|---|---|
| CAROLYN MILLER YOUNG and SARA WORKMAN, both Individually and as Co-Executors of the Estate of FRANK VERNON MILLER, Deceased, ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| AGCO CORPORATION, et al., ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss AGCO Corporation [Doc. 177].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 177] is **GRANTED**, and the Plaintiffs' claims against Defendant Lucas Varity Automotive Holdings Corporation, as successor-in-interest to Massey Ferguson Limited, and as assignee of Lucas Varity (sued individually and as successor-in-interest to Massey Ferguson Limited), and named in the Complaint and amendments thereto as AGCO Corporation, are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge