THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

| | |
|---|---|
| CAROLYN M. YOUNG AND SARA WORKMAN, both Individually and as co-Executors of the Estate of FRANK VERNON MILLER, Deceased, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| AGCO CORPORATION, et al., ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Vanderbilt Minerals, LLC [Doc. 182].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Motion [Doc. 182] is **GRANTED**, and the Plaintiffs' claims against Defendant Vanderbilt Minerals, LLC, incorrectly named in the Plaintiffs' Second Amended Complaint as RT Vanderbilt Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**. IT IS SO ORDERED.

Martin Reidinger
United States District Judge