THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

| | |
|---|---|
| CAROLYN MILLER YOUNG and SARA WORKMAN, both Individually and as Co-Executors of the Estate of FRANK VERNON MILLER, Deceased, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>AGCO CORPORATION, et al., )<br>)<br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Consent Motion to Dismiss CBS Corporation [Doc. 192].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the Consent Motion to Dismiss [Doc. 192] is **GRANTED**, and the Plaintiffs' claims against Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge