THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

| | |
|---|---|
| CAROLYN MILLER YOUNG and SARA WORKMAN, both Individually and as Co-Executors of the Estate of FRANK VERNON MILLER, Deceased, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>AGCO CORPORATION, et al., )<br><br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Briggs & Stratton Corporation, Only [Doc. 188].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 188] is **GRANTED**, and the Plaintiffs' claims against Defendant Briggs & Stratton Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Martin Reidinger
United States District Judge