THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

| | |
|---|---|
| CAROLYN MILLER YOUNG and SARA WORKMAN, both Individually and as Co-Executors of the Estate of FRANK VERNON MILLER, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> AGCO CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss William Powell Company [Doc. 187].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 187] is **GRANTED**, and the Plaintiffs' claims against Defendant William Powell Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge