**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:13-cv-00054-MR-DLH**

| | | |
|---|---|---|
| **CAROLYN M. YOUNG AND SARA** | ) | |
| **WORKMAN, both Individually and as** | ) | |
| **co-Executors of the Estate of** | ) | |
| **FRANK VERNON MILLER, Deceased,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **AGCO CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Toyota Motor Sales, USA, Inc. [Doc. 203].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Motion [Doc. 203] is **GRANTED**, and the Plaintiffs' claims against Defendant Toyota Motor Sales, USA, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: April 17, 2015

Martin Reidinger
United States District Judge