# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:13-cv-00054-MR-DLH

| | | |
|---|---|---|
| **CAROLYN M. YOUNG AND SARA WORKMAN, both Individually and as co-Executors of the Estate of FRANK VERNON MILLER, Deceased,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) ) | **O R D E R** |
| **AGCO CORPORATION, et al.,** | ) ) | |
| **Defendants.** | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Crane Co. [Doc. 198].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Motion [Doc. 198] is **GRANTED**, and the Plaintiffs' claims against Defendant Crane Co., individually and as successor in interest to Cochrane Corporation, are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: April 17, 2015

Martin Reidinger
United States District Judge