THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

CAROLYN M. YOUNG AND SARA )
WORKMAN, both Individually and as )
co-Executors of the Estate of )
FRANK VERNON MILLER, Deceased, )
)
          Plaintiffs, )
)
vs. )        **O R D E R**
)
AGCO CORPORATION, et al., )
)
          Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Kubota Tractor Corporation [Doc. 201].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Motion [Doc. 201] is **GRANTED**, and the Plaintiffs' claims against Defendant Kubota Tractor Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**    Signed: April 17, 2015

Martin Reidinger
United States District Judge