THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

| | |
|---|---|
| CAROLYN M. YOUNG AND SARA WORKMAN, both Individually and as co-Executors of the Estate of FRANK VERNON MILLER, Deceased, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>AGCO CORPORATION, et al., )<br><br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Consent Motion to Dismiss FMC Corporation (sued individually and as successor-in-interest to Peerless Pump Company and as successor-in-interest to Northern Pump Company f/k/a Northern Fire Apparatus Company) [Doc. 211].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Motion [Doc. 211] is **GRANTED**, and the Plaintiffs' claims against Defendant FMC Corporation (sued individually and as successor-in-interest to Peerless Pump Company and as successor-in-interest to Northern Pump Company f/k/a Northern Fire Apparatus Company) are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: April 28, 2015

Martin Reidinger
United States District Judge