# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00054-MR-DLH

| | |
|---|---|
| CAROLYN M. YOUNG and SARA WORKMAN, both individually and as Co-Executrices of the Estate of FRANK VERNON MILLER, )<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>AGCO CORPORATION, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On April 30, 2015, the Defendant Pneumo Abex, LLC filed a brief in support of its Motion for Summary Judgment. [Doc. 220]. The Defendant's brief, however, fails to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 158 at 7]. Accordingly, the Defendant's supporting brief will be stricken.

**IT IS, THEREFORE, ORDERED** that the Brief in Support of Defendant Pneumo Abex, LLC's Motion Summary Judgment [Doc. 220] is hereby **STRICKEN**. The Defendant may file a brief which complies with the

requirements of this Court within seven (7) days of the entry of this Order. The deadline for the Plaintiff to respond to the Defendant's Motion for Summary Judgment shall remain the same unless an extension is sought.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge