THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

CAROLYN M. YOUNG AND SARA )
WORKMAN, both Individually and as )
co-Executors of the Estate of )
FRANK VERNON MILLER, Deceased, )
                                                     )
                Plaintiffs, )
                                                     )
vs. ) **O R D E R**
                                                     )
AGCO CORPORATION, et al., )
                                                     )
              Defendants. )
_____ )

**THIS MATTER** is before the Court on the Motions for Summary Judgment filed by Defendants Asco Valve, Inc., Goulds Pumps, Inc., and Spence Engineering Company [Docs. 221, 222, 223] and the parties' Consent Motion to Dismiss [Doc. 227].

Upon review of the parties' motion to dismiss,

**IT IS, THEREFORE ORDERED** that the parties' Consent Motion to Dismiss [Doc. 227] is **GRANTED**, and the Plaintiffs' claims against Defendants Asco Valve, Inc., Goulds Pumps, Inc., and Spence Engineering Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendants' Motions for Summary Judgment [Doc. 221, 222, 223] are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge