THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

CAROLYN M. YOUNG AND SARA )
WORKMAN, both Individually and as )
co-Executors of the Estate of )
FRANK VERNON MILLER, Deceased, )
                                            )
                  Plaintiffs, )
                                            )
        vs. )                **O R D E R**
                                            )
AGCO CORPORATION, et al., )
                                            )
                 Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Consent Motion to Dismiss General Electric Company [Doc. 231].

Upon review of the parties' motion to dismiss,

**IT IS, THEREFORE ORDERED** that the parties' Consent Motion to Dismiss [Doc. 231] is **GRANTED**, and the Plaintiffs' claims against Defendant General Electric Company are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Martin Reidinger
United States District Judge