THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

| | |
|---|---|
| CAROLYN M. YOUNG AND SARA ) <br> WORKMAN, both Individually and as ) <br> co-Executors of the Estate of ) <br> FRANK VERNON MILLER, Deceased, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> AGCO CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Metropolitan Life Insurance Company, Only [Doc. 230].

Upon review of the parties' motion to dismiss,

**IT IS, THEREFORE ORDERED** that the parties' Consent Motion to Dismiss [Doc. 230] is **GRANTED**, and the Plaintiffs' claims against Defendant Metropolitan Life Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Martin Reidinger
United States District Judge