THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

CAROLYN M. YOUNG AND SARA )
WORKMAN, both Individually and as )
co-Executors of the Estate of )
FRANK VERNON MILLER, Deceased, )
 )
             Plaintiffs, )
 )
vs. )                 **O R D E R**
 )
AGCO CORPORATION, et al., )
 )
             Defendants. )
_____ )

**THIS MATTER** is before the Court on Defendant The H.B. Smith Company Incorporated's Motion for Summary Judgment [Doc. 210] and the parties' Joint Motion to Dismiss Defendant The H.B. Smith Company, Incorporated with Prejudice [Doc. 232].

Upon review of the parties' motions,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 232] is **GRANTED**, and the Plaintiffs' claims against Defendant The H.B. Smith Company, Incorporated are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant The H.B. Smith Company Incorporated's Motion for Summary Judgment [Doc. 210] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge