THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

| | |
|---|---|
| CAROLYN M. YOUNG AND SARA WORKMAN, both Individually and as co-Executors of the Estate of FRANK VERNON MILLER, Deceased, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| AGCO CORPORATION, et al., ) ) | |
| Defendants. ) _____ ) | |

**THIS MATTER** is before the Court on the Defendant Pneumo Abex, LLC's Motion for Summary Judgment [Doc. 219] and the parties' Joint Motion to Dismiss [Doc. 229].

Upon review of the parties' motion to dismiss,

**IT IS, THEREFORE ORDERED** that the parties' Motion to Dismiss [Doc. 229] is **GRANTED**, and the Plaintiffs' claims against Defendant Pneumo Abex, LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant Pneumo Abex, LLC's Motion for Summary Judgment [Doc. 219] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge