THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

CAROLYN M. YOUNG AND SARA )
WORKMAN, both Individually and as )
co-Executors of the Estate of )
FRANK VERNON MILLER, Deceased, )
                                      )
         Plaintiffs,  )
                                      )
    vs.  )          **O R D E R**
                                      )
AGCO CORPORATION, et al.,  )
                                      )
        Defendants.  )
_____ )

**THIS MATTER** is before the Court on Defendant Honeywell International Inc.'s Motion for Summary Judgment [Doc. 214] and the parties' Joint Motion to Dismiss [Doc. 234].

Upon review of the parties' motions,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 234] is **GRANTED**, and the Plaintiffs' claims against Defendant Honeywell International Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Honeywell International Inc.'s Motion for Summary Judgment [Doc. 214] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge