THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

CAROLYN M. YOUNG AND SARA )
WORKMAN, both Individually and as )
co-Executors of the Estate of )
FRANK VERNON MILLER, Deceased, )
)
             Plaintiffs, )
)
vs. )        **O R D E R**
)
AGCO CORPORATION, et al., )
)
             Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Georgia-Pacific [Doc. 233].

Upon review of the parties' motion to dismiss,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 233] is **GRANTED**, and the Plaintiffs' claims against Defendant Georgia-Pacific are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge