THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00054-MR-DLH

| | |
|---|---|
| CAROLYN M. YOUNG and SARA M. WORKMAN, both Individually and as Co-Executrices of the ESTATE OF FRANK VERNON MILLER, Deceased, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| AGCO CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

## J U D G M E N T

For the reasons stated in the Order entered contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant John Crane Inc.'s Motion for Summary Judgment is **GRANTED**, and all of the Plaintiff's claims against Defendant John Crane Inc. are hereby **DISMISSED WITH PREJUDICE**.

Martin Reidinger
United States District Judge